United States District Court
Southern District of Texas
**ENTERED**
June 14, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRIAN C. JACKSON, § § *Plaintiff*, § § v. § § NFL DISABILITY & NEUROCOGNITIVE § BENEFIT PLAN*, et al.*, § § *Defendants*. § | CIVIL ACTION H-16-1278 |

# FINAL JUDGMENT

In accordance with the order signed on this date, plaintiff Brian C. Jackson's claims are DISMISSED WITH PREJUDICE.

This is a **FINAL JUDGMENT.**

Signed at Houston, Texas on June 14, 2017.

_____
Gray H. Miller
United States District Judge